IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **KAELIN HENRY** § | |
| § | |
| **VS.** § | **CIVIL NO.: 6:24-cv-342** |
| § | |
| **TCC WIRELESS, LLC** § | |

**DEFENDANT  TCC WIRELESS, LLC'S**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant TCC Wireless, LLC makes this disclosure.  The below-listed Defendant affiliated companies are financially interested in the outcome of this lawsuit:

1. TCC Wireless, LLC

2. TCC Wireless Holdings, LLC.

Respectfully submitted,

FREEMAN MILLS PC
2020 Bill Owens Pkwy., Suite 200
Longview, Texas 75604
Telephone: (903) 295-7200
Facsimile: (903) 295-7201

By:____/s/ Brian L. Bunt____
     BRIAN L. BUNT
     STATE BAR NO. 03350025
     bbunt@freemanmillspc.com


ATTORNEYS FOR DEFENDANTS,
TCC WIRELSS, LLC

## **CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing document was served upon all parties or their counsel of record in accordance with the Federal Rules of Civil Procedure on this the 21st day of January 2025.

                 ___/s/ Brian L. Bunt___
                 BRIAN L. BUNT